**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Victoria Spann                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-11887 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                         Respectfully submitted,
                                         **/s/ Rebecca A. Solarz Esquire**
                                         Rebecca A Solarz, Esquire
                                         Kevin G. McDonald, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322