UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Victoria Spann<br><br>            Debtor | Chapter 13<br>Bankruptcy No.20-11887-AMC |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 29th day of July, 2020, by first class mail upon those listed below:

Victoria Spann
2712 Mower Street
Philadelphia, PA  19152

**Electronically via CM/ECF System Only:**

HENRY ALAN JEFFERSON ESQ
JEFFERSON LAW LLC
1700 MARKET STREET - SUITE 1005
PHILADELPHIA, PA  19103

 

/s/ Deborah A. Earnshaw
_____
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee