# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
| Victoria Spann, | : | |
| | : | Bankruptcy No. 20-11887-amc |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan, filed by Jefferson Law, LLC, and upon Applicant's certification that proper service has been made the United States Trustee, the Standing Chapter 13 Trustee, the Debtor, secured and priority creditors, and upon Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Total Compensation in the amount of $**1,500.00** dollars and reimbursement of expenses in the amount of $**0.00** are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), and to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Date: _____     _____
**HON. ASHELY M. CHAN**
**BANKRUPTCY JUDGE**