Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-11887-AMC**

Victoria Spann  
2712 Mower Street  
Philadelphia  PA    19152

Petition Filed Date: 04/01/2020  
341 Hearing Date: 05/08/2020  
Confirmation Date: 09/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/05/2020 | $850.00 | 26212893985 | 06/11/2020 | $850.00 | | 07/09/2020 | $850.00 | |
| 08/14/2020 | $850.00 | | 11/20/2020 | $1,700.00 | | 03/08/2021 | $250.00 | |
| 03/29/2021 | $850.00 | | 06/03/2021 | $850.00 | | 06/08/2021 | $1,257.37 | |

**Total Receipts for the Period: $8,307.37    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,307.37**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,493.53 | $0.00 | $2,493.53 |
| 2 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $4,998.36 | $0.00 | $4,998.36 |
| 3 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $51,788.39 | $1,559.69 | $50,228.70 |
| 0 | HENRY ALAN JEFFERSON ESQ | Attorney Fees | $4,091.30 | $4,091.30 | $0.00 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $431.96 | $0.00 | $431.96 |

**Chapter 13 Case No. 20-11887-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,307.37 | Current Monthly Payment: | $1,092.00 |
| Paid to Claims: | $5,650.99 | Arrearages: | $5,162.63 |
| Paid to Trustee: | $746.74 | Total Plan Base: | $62,610.00 |
| Funds on Hand: | $1,909.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.