**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In re: | Victoria Spann, | : | Chapter | 13 |
| | | : | | |
| | Debtor(s) | : | Case No. | 20-11887-amc |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon review of Debtor(s) Motion to Modify Plan Post-Confirmation and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.

**Date: August 4, 2021**

Date: _____

_____
**HON. ASHELY M. CHAN**
BANKRUPTCY JUDGE