United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11887-amc |
| Victoria Spann | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria Spann, 2712 Mower Street, Philadelphia, PA 19152-2107 |
| 14490566 | + | CAPITAL ONE BANK (USA), N.A., c/o Law Offices of Hayt, Hayt & Landau, Two Industrial Way West - P.O. Box 500, Eatontown, NJ 07724-0500 |
| 14490570 | + | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14490571 | + | Michael J. Dougherty, Esq., 170 S. INDEPENDENCE MALL WEST, SUITE 874 WEST, Philadelphia, PA 19106-3323 |
| 14519098 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14490576 | + | Philadelphia Gas Works, Attn: Bankruptcy Dept. 3F, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14490580 | + | Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Pwy, Round Rock, TX 78681-8004 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 30 2022 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 30 2022 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14525437 | | Email/Text: megan.harper@phila.gov | Mar 30 2022 23:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14490567 | | Email/Text: megan.harper@phila.gov | Mar 30 2022 23:53:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14490565 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2022 23:54:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14493696 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 31 2022 00:05:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14490569 | | Email/Text: mrdiscen@discover.com | Mar 30 2022 23:52:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14490568 | | Email/Text: mrdiscen@discover.com | Mar 30 2022 23:52:00 | DISCOVER BANK, AKA/DBA: c/o DISCOVER PRODUCTS INC., 6500 NEW ALBANY ROAD, New Albany, OH 43054 |
| 14494048 | | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Mar 30 2022 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14490572 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 30 2022 23:52:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14490573 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 30 2022 23:52:00 | PECO, Attn: Legal Department, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14490574 | | Email/Text: blegal@phfa.org | Mar 30 2022 23:52:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
| 14523060 | + | Email/Text: blegal@phfa.org | Mar 30 2022 23:52:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14490577 | + | Email/Text: bankruptcy@sw-credit.com | Mar 30 2022 23:52:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14490578 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 30 2022 23:52:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14490575 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
| 14490579 | *+ | Victoria Spann, 2712 Mower Street, Philadelphia, PA 19152-2107 |
| 14490640 | ##+ | Jefferson Law, LLC, BNY Mellon Center, 1735 Market Street, Suite 3750, Philadelphia, PA 19103-7532 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HENRY ALAN JEFFERSON | on behalf of Debtor Victoria Spann hjefferson@hjeffersonlawfirm.com  hjeffersonone@gmail.com;r60499@notify.bestcase.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 23 |

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Victoria Spann<br><br>              Debtor | Chapter 13<br><br>Bankruptcy No. 20-11887-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 30, 2022**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE