| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-11887-AMC

| | |
|---|---|
| Victoria Spann | Petition Filed Date: 04/01/2020 |
| 2712 Mower Street | 341 Hearing Date: 05/08/2020 |
| Philadelphia  PA   19152 | Confirmation Date: 09/16/2020 |

Case Status: Dismissed After Confirmation on 3/30/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2021 | $850.00 | | 06/08/2021 | $1,257.37 | | 08/06/2021 | $1,628.20 | |
| 09/10/2021 | $1,628.20 | | | | | | | |

**Total Receipts for the Period: $5,363.77   Amount Refunded to Debtor Since Filing: $9.48   Total Receipts Since Filing: $11,563.77**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP<br>»»  002 | Unsecured Creditors | $2,493.53 | $0.00 | $2,493.53 |
| 2 | DISCOVER BANK<br>»»  003 | Unsecured Creditors | $4,998.36 | $0.00 | $4,998.36 |
| 3 | PA HOUSING FINANCE AGENCY<br>»»  004 | Mortgage Arrears | $51,788.39 | $4,142.19 | $47,646.20 |
| 0 | HENRY ALAN JEFFERSON ESQ | Attorney Fees | $4,091.30 | $4,091.30 | $0.00 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»»  005 | Secured Creditors | $431.96 | $25.06 | $406.90 |
| 0 | HENRY ALAN JEFFERSON ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 5 | PA HOUSING FINANCE AGENCY<br>»»  04P | Secured Creditors | $14,069.05 | $723.36 | $13,345.69 |
| 0 | Victoria Spann | Debtor Refunds | $9.48 | $9.48 | $0.00 |

**Chapter 13 Case No. 20-11887-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $11,563.77 | Current Monthly Payment: | $1,628.20 |
| Paid to Claims: | $10,491.39 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,072.38 | Total Plan Base: | $81,576.37 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.